**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| THOMAS MELONE, | Case No. 2:26-cv-38-MKL |
| Plaintiff, | |
| v. | |
| MICHAEL F. HANLEY, CAROLYN ANDERSON in her capacity of Chair of the Vermont Professional Responsibility Board, and JON ALEXANDER in his official capacity of Disciplinary Counsel of the Vermont Professional Responsibility Board, WALTER FRENCH, ALEXANDER SHRIVER and BRIAN BANNON in their official capacities as members of Hearing Panel assigned to PRB Case 120-2025, | |
| Defendants. | |

**STIPULATED MOTION TO EXCEED PAGE LIMITS**

Plaintiff Thomas Melone respectfully requests leave for (i) Plaintiff to be allowed to file 20 pages in excess of the page limits specified in Local Rule 7(a)(4)(A) for a memorandum opposing the Defendants' motion to dismiss, ECF 23, for a total of 45 pages, and (ii) Defendants to be allowed to file 20 pages in excess of the page limits specified in Local Rule 7(a)(5)(B) for a memorandum replying to Plaintiff's opposition to ECF 23, for a total of 30 pages. Counsel for the Defendants has consented to the enlargement of the page limits in Local Rule 7(a) requested herein.

Good cause exists for the requested enlargement of the page limits. This case involves issues of the highest importance—Plaintiff's constitutional rights—and his license to practice law. Like the attorney in *Gentile v. State Bar of Nevada*, 501 U.S. 1030 (1991), the Plaintiff's speech is "classic political speech." *Id*. at 1034.[1] Also like *Gentile*, "this case involves punishment of pure speech in the political forum." *Id*. Such speech lies "at the core of the First Amendment." *Id*. at 1035 (internal citation and quotation omitted.)

Defendants have moved to dismiss solely on the ground that this Court should abstain under *Younger v. Harris*, 401 U.S. 37 (1971). As the Plaintiff will explain in his opposition, the

---

[1] Parts I and II of the Court's *Gentile* opinion was delivered by REHNQUIST, C. J., in which WHITE, O'CONNOR, SCALIA, and SOUTER, JJ, joined.

1

motion to dismiss fails for multiple independent reasons, each sufficient on its own to defeat abstention. Plaintiff believes the excess pages are necessary to provide the Court a full discussion of the issues in this case, to provide the Plaintiff with a full opportunity to brief those issues, and the granting of this motion will materially assist the Court in rendering a decision on the motion to dismiss.

**CONCLUSION**

Wherefore Plaintiff respectfully requests that this Court grant this motion, which will allow Plaintiff's opposition memorandum to ECF 23 to be a total 45 pages, and the Defendants' reply to be a total of 30 pages.

Dated: May 1, 2026

Respectfully submitted,
THE PLAINTIFF,
*/s/Thomas Melone*
Thomas Melone
601 S Ocean Blvd.
Delray Beach, FL 33483
Phone: (212) 681-1120
Email: Thomas.Melone@AllcoUS.com